UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Criminal No. 97-83-B-W |
| | ) |
| ANTHONY DOROTHY, | ) |
| | ) |
| Defendant | ) |

ORDER OF DETENTION
PENDING REVOCATION HEARING

On February 25, 2008, the defendant, Anthony Dorothy, appeared before this Court for an initial appearance, pursuant to a writ of habeas corpus issued on January 18, 2008.

Pursuant to Federal Rule of Criminal Procedure 32.1, the defendant appeared on February 25, 2008, before this Court with counsel for preliminary hearing to determine whether there was probable cause to believe he had violated a condition of his supervised release. The defendant waived any formal hearing and based upon the allegations in the petition for revocation, I find probable cause to believe that the defendant has violated a condition of his supervised release.

Pursuant to Rule 46(c), Fed. R. Crim. P., the defendant has the burden of establishing that there are conditions or combinations of conditions which will reasonably assure the safety of another person or the community and that there is no danger that he will flee. Defendant waived hearing on these issues as well and I find that he has failed to meet his burden.

I am satisfied that the defendant's waiver was made voluntarily, knowingly and intelligently, and I hereby accept the same. Accordingly, I ORDER that the defendant be detained pending a revocation hearing set for Monday, March 17, 2008, at 9:30 a.m., in Bangor,

Maine, before U.S. District Court Judge John A. Woodcock, Jr.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purposes of an appearance in connection with a court proceeding.

*So Ordered.*

February 25, 2008

/s/ Margaret J. Kravchuk
U. S.  Magistrate Judge